COMMONWEALTH of Pennsylvania, Respondent

v.

Charles R. HORROCKS, Petitioner

No. 627 MAL 2016

Supreme Court of Pennsylvania.

December 22, 2016

## ORDER

PER CURIAM

AND NOW, this 22nd day of December, 2016, the Petition for Allowance of Appeal is **DENIED**.

COMMONWEALTH of Pennsylvania, Respondent

v.

John Richard VAZQUEZ, Petitioner

No. 473 MAL 2016

Supreme Court of Pennsylvania.

December 22, 2016

## ORDER

PER CURIAM

AND NOW, this 22nd day of December, 2016, the Petition for Allowance of Appeal is **DENIED**.

Justice Mundy did not participate in the consideration or decision of this matter.

COMMONWEALTH of Pennsylvania, Respondent

v.

Ruben DELVALLES–VINCENTE, Petitioner

No. 595 MAL 2016

Supreme Court of Pennsylvania.

December 22, 2016

## ORDER

PER CURIAM

AND NOW, this 22nd day of December, 2016, the Petition for Allowance of Appeal is **DENIED**.